UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

**FILED**

JUN - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT W. POWERS  ( 
43183 okabena Rd.  (           CIV.
Lakefield Mn. 56150  (
1-507-840-0545  (
      Plaintiff,  (
                   (
UNITED STATES OF AMERICAN  (     COMPLAINT
950 PENNSYLVANIA AVE. NW
WASHINGTON D.C. 20530       CASE NUMBER  1:05CV01130

STATE OF MINNESOTA         JUDGE: Royce C. Lamberth
102 STATE CAPITAL
ST. PAUL, MN 55155         DECK TYPE: Civil Rights (non-employment)

      Defendants,          DATE STAMP: 06/6/2005

      Jurisdiction of this Court is invoke under the 5th Amendment due process clause, 14th Amendment equal protection of the law.

      On February 6, 2002 the above-named plaintiff filed action in this Court against U.S. Attorney John Ashcroft and FBI Dir. Robert Mueller, Minnesota Attorney General Mike Hatch for there having knowledge of criminal acts against the United States and State of Minnesota, throught affidavits supported with facts of evidence to support these criminal acts, legally served on said defendants in past years, the same said evidence was served on all said defendant with said action and filed with this Court. ( Clerk of Courts Civil File No. 1;02 CU0236rmu

1

That the total intent of said defendants was to prevent the execution of legal and lawful process and the administration of justice in this Court and to impede the plaintiff in his attempt to seek legal and lawful justice in this Court, to wit plaintiff attempt to seek a special prpsecutor to bring individuals who have committed criminal acts against the United States and State of Minnesota, defendants answer to this was to use a law clerk with this Court to use a stamp on Court Orders and the Clerks Office of the U.S. Supreme Court obstruct legal process

WHEREFORE: Plaintiff ask $20.000.000.00 puntive damages for defendants past and present outrageour conduct and that this Court appoint a special prosecutor.

*Robert W. Powers*
Robert W. Powers
P.O. Box 125
Spirit Lake Ia. 51360