UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT W. POWERS**<br>43183 Okabena Rd.<br>Lakefield, MN 56150<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>950 Pennsylvania Avenue, N.W.<br>Washinton, D.C. 20530<br><br>**STATE OF MINNESOTA**<br>102 State Capital<br>St. Paul, MN 55155<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-1130 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Claire M. Whitaker as counsel for Federal Defendant in the above-captioned case.

 

                                                                                _____
                                                                                CLAIRE M. WHITAKER
                                                                                Special Assistant United States Attorney
                                                                                555 Fourth Street, N.W.
                                                                                Civil Division
                                                                                Washington, D.C.  20530
                                                                                (202) 514-7137

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day of June _____, 2005, the foregoing was served by

First Class mail; postage pre-paid to :

ROBERT W. POWERS
P.O. Box 125
Spirit Lake, IA 51360

 

                                               CLAIRE M. WHITAKER
                                               Special Assistant United States Attorney
                                               555 Fourth Street, N.W.
                                               Civil Division
                                               Washington, D.C.  20530
                                               (202) 514-7137