UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Robert W. Powers                                                            Civil File No. 1:05CV00130/RCL

          Plaintiff,

vs.

United States

    and                                                                         **MOTION TO DISMISS**

State of Minnesota,

          Defendants.

TO:   Plaintiff, Robert W. Powers, P.O. Box 125, Spirit Lake, Iowa  51360.

COMES NOW, Defendant State of Minnesota ("Minnesota") and requests an order of the Court dismissing with prejudice all of Plaintiff's claims against it pursuant to Rules 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure.  Minnesota relies on the pleadings in the record and the attached Memorandum of Points and Authorities to support this motion.

Dated:  July 7, 2005                                         Respectfully submitted,

                                                            s/ Erika Schneller Sullivan
                                                            Erika Schneller Sullivan
                                                            MN Bar Number 0288056
                                                            Attorney for Defendant, State of Minnesota
                                                            MIKE HATCH
                                                            Attorney General
                                                            State of Minnesota
                                                            445 Minnesota Street, Suite 900
                                                            St. Paul, MN 55101-2127
                                                            Telephone:  (651) 296-1427
                                                            Fax:  (651) 297-4139

AG: #1447163-v1