## CERTIFICATE OF SERVICE BY U.S. MAIL

Re: *Robert W. Powers v. United States and State of Minnesota*
    Court File No. 1:05CV00130/RCL

STATE OF MINNESOTA    )
                      ) ss.
COUNTY OF RAMSEY      )

ERIKA SCHNELLER SULLIVAN, being first duly sworn, deposes and says:

That at the City of St. Paul, County of Ramsey and State of Minnesota, on July 7, 2005, she caused to be served the Motion to Dismiss; and Memorandum of Points and Authorities in Support of Defendant State of Minnesota's Motion to Dismiss; by depositing the same in the United States mail at said city and state, true and correct copies thereof, properly enveloped with prepaid first class postage, and addressed to:

Robert W. Powers
P.O. Box 125
Spirit Lake, IA  51369

Dated:  July 7, 2005

                                          s/ Erika Schneller Sullivan
                                          Erika Schneller Sullivan
                                          MN Bar Number 0288056
                                          Attorney for Defendant State of Minnesota
                                          MIKE HATCH
                                          Attorney General
                                          State of Minnesota
                                          445 Minnesota Street, Suite 900
                                          St. Paul, MN 55101-2127
                                          Telephone:  (651) 296-1427
                                          Fax:  (651) 297-4139

AG: #1448056-v1