July 5, 2005

Clerk's Office
Room 1225
Washington D.C.
20001

Re: Robert W. Powers vs United States & Minnesota
    Civil Action  05 1130 RCL

Dear Clerk

    Enclosed you will find my service made on named Defendants.

Sincerely

*Robert W. Powers*

Robert W. Powers
P.O. Box 125
Spirit Lake Ia.
51360

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States
U.S. Attorney General
950 Pennsylvania Ave. N.W.
Washington D.C.
20530

2. Article Number (Transfer from service label)
7005 1160 0002 0519 6104

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540