July 5, 2005

Clerk's Office
Room 1225
Washington D.C.
20001

Re: RobertW. Powers vs United States & Minnesota
Civil Action 05 1130 RCL

Dear Clerk

Enclosed you will find my service made on named Defendants.

Sincerly

Robert W. Powers
P.O. Box 125
Spirit Lake Ia.
51360

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney District of Columbia
555 4th St. N.W.
Washington D.C.
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. [illegible]                    10/17/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0002 0519 6098

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540