July 5, 2005

Clerk's Office
Room 1225
Washington D.C.
20001

Re: Robert W. Powers vs United States & Minnesota
Civil Action 05 1130 RCL

Dear Clerk

Enclosed you will find my service made on named Defendants.

Sincerely

Robert W. Powers
P.O. Box 125
Spirit Lake Ia.
51360

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Hatch
   Mn. Attorney General
   102 State Capital
   St. Paul Mn.
   55155

2. Article Number (Transfer from service label)
   7005 1160 0002 0519 6041

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   JUN 16 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   STATE OF MINNESOTA
   CENTRAL MAIL ROOM
   395 JOHN IRELAND BLVD.
   DOT BLDG. ROOM G-60
   ST. PAUL, MN 55155

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540