UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

ROBERT W. POWERS

        Plaintiff         Civil File No

                          ~~1;05CV0130/RCD~~

vs.                             05cv1130 RCL

UNITED STATES
STATE OF MINNESOTA             AFFIDAVIT

        Defendants.

       ROBERT W. POWERS, above-named plaintiff being sworn on oath, deposes and says;

       That in past years named defendants have not only covered up criminal acts against the United States, but have they them self promoted theses criminal acts ( to wit facts of evidence on file in this action and Civil File No. 1;02CU0236RMU) as of present defendant United States has'nt prusued any criminal conduct.

       That attached hereto is a true and correct copy dated July 20, 2005 from Dept. of Social Services South Dakota, it very much appears it is the totally intent of defendant State of Minnesota to again pursue there criminal acts against the United States and on the person of the above-named Plaintiff and not legally and lawfully defend this action. In past years individuals that have prusued criminal acts against the United States have refured to themselfs as family legal and lawfull proceedings in South Dakota and Minnesota have met nothing to these individuals Court documents in both States will support this, it was only the wants and wishes of the (family) this attached document has no legal or lawful proceeding what so ever. (to wit) complaint for this Court to appoint a special prosecutor.

                                     page (1)   page 2 attached

That a true and correct copy of said affidavit with attached letter dated July 20, 2005 was served on Defendants United States at 950 Pennsylvania Ave. NW Washington D.C. 20530 and Defendant State of Minnesota at 102 State Capital St. Paul, Mn 55155 and on Barbara Ideker at 811 E. 10th St. Dept. 2 Sioux Falls S.D. 57103-1650 by mailing postage prepaid for first class mail on this the 25th day of July 2005.

cc. sent to Office of the Clerk
at 333 Constitution Ave. N.W.
Room 1225 Washington, D.C. 20001

Subscribed and sworn to before me
this the 25th day of July 2005

_Sherry Jorgensen 7-25-05_
Notary Public    Iowa

SHERRY JORGENSEN
Commission Number 105300
MY COMMISSION EXPIRES
AUGUST 26, 2006

Robert W. Powers
P.O. Box 125
Spirit Lake Ia.
51360
Plaintiff Pro-se

RECEIVED