```
DSS-SE-402   7/92                    DEPARTMENT OF SOCIAL SERVICES
ROBERT W POWERS                      DIVISION OF CHILD SUPPORT
DCS#: 139136011A                     811 E 10TH ST DEPT 2
                                     SIOUX FALLS, SD 57103-1650
                                     (605) 367-5464
```

JULY 20, 2005

ROBERT W POWERS
PO BOX 125
SPIRIT LAKE, IA 51360-0125

DEAR MR. POWERS,

THE OFFICE OF CHILD SUPPORT HAS NOT RECEIVED YOUR COURT ORDERED CHILD SUPPORT PAYMENT SINCE 1999.  FAILURE TO MAKE PAYMENT BY AUGUST 15TH WILL RESULT IN THIS CASE BEING ENFORCED THROUGH THE STATE OF MINESOTA BY THEIR PROSECUTOR.
AT PRESENT, YOUR BALANCE ON THIS CASE IS TOTALING $15,538.15.

PLEASE CONTACT OUR CUSTOMER SERVICE UNIT AT 1-800-286-9145 BETWEEN THE HOURS OF 8 AM TO 5 PM, MONDAY THROUGH FRIDAY IF YOU HAVE SOME REASON FOR NOT PAYING YOUR SUPPORT AT THIS TIME.

SINCERELY,

*B. Ideker* (signature)
BARBARA IDEKER
INVESTIGATOR