UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT W. POWERS**<br>43183 Okabena Rd.<br>Lakefield, MN 56150<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>950 Pennsylvania Avenue, N.W.<br>Washinton, D.C. 20530<br><br>**STATE OF MINNESOTA**<br>102 State Capital<br>St. Paul, MN 55155<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-1130 (RCL) |

## **DEFENDANT UNITED STATES OF AMERICA'S MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant moves this Court for an extension of time to and including September 16, 2005, to file an answer or dispositive motion on behalf of the United States of America. Defendant's answer is presently due on August 16, 2005. Counsel for defendant has conferred with plaintiff and this motion is unopposed. Counsel for defendant is currently out of the office due to a family medical emergency and it is unknown when she will return to work.

Accordingly, it is respectfully requested that an extension of time, to and including September 16, 2005, be granted to defendant United States of America for the filing of defendant's answer or dispositive motion.

A proposed order is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 4th St., N.W.  Room 10-917
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

     I hereby certify that on this day of August 11, 2005, the foregoing was served by First Class mail; postage pre-paid to :


ROBERT W. POWERS
43183 Okabena Road
Lakefield, MN 56150


                                                                                                                   _____
                                                             CLAIRE M. WHITAKER
                                                             Special Assistant United States Attorney
                                                             555 Fourth Street, N.W.
                                                             Civil Division
                                                             Washington, D.C.  20530
                                                             (202) 514-7137