UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT W. POWERS**<br>43183 Okabena Rd.<br>Lakefield, MN 56150<br><br>    **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES OF AMERICA**<br>950 Pennsylvania Avenue, N.W.<br>Washinton, D.C. 20530<br><br>**STATE OF MINNESOTA**<br>102 State Capital<br>St. Paul, MN 55155<br><br>    **Defendants.** | Civil Action No. 05-1130 (RCL) |

ORDER

Upon consideration of the unopposed motion for extension of time filed by the federal defendant, and for good cause shown, it is this _____ day of _____, 2005,

ORDERED, that said motion be and is hereby granted. Federal defendant shall have to and including September 16, 2005, to file an answer or dispositive motion.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert Powers  
43183 Okabena Rd.  
Lakefield, MN 56150

Claire Whitaker  
Assistant U.S. Attorney  
555 4th St., N.W.  
Washington, DC 20530