UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

ROBERT W. POWERS

        Plaintiff,

vs.

UNITED STATES
STATE OF MINNESOTA

        Defendants,

Civil File No.
1;05cv00130/RCL
05cv1130

Motion

To: Defendant Minnesota Attorney General at 102 State Capital St. Paul Mn. 55155

    COMES NOW, Plaintiff Robert W. Powers request that this Court enter a Default Judgment against defendant Minnesota that Court records will show said defendant was served June 16, 2005 with no intent to defend what so ever. That above-named plaintiff has filed an affidavit to this Court supported with facts of evidence that defendant Minnesota only intent in this action is to pursue there criminal acts against the United States and the person of the plaintiff. That the above-named plaintiff request that this Court enter a Order against defendant Minnesota stopping there criminal acts against United States an on the person of the above-named plaintiff Robert W. Powers.

Dated: August 17, 2005

                                      Respectfully submitted

                                      *Robert W. Powers* (signature)
                                      Robert W. Powers
                                      P.O. Box 125
                                      Spirit Lake Ia.
                                      57103

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005, a copy of my Motion was mailed to all defendants at the following address:

Mike Hatche
Mn Attorney General
102 State Capital
St Paul Mn.
55155

U.S. Attorney
District of Columbia
555 4th St. N.W.
Washington D.C.
20001

United States
U.S. Attorney General
950 Pennsylvania Ave.
N.W.
Washington D.C.
20530

Robert W. Powers
P.O. Box 125
Spirit Lake Ia.
57103
Plaintiff Pro se