Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT W. POWERS
    Plaintiff(s)

v.

Civil Action No. 05-1130(RCL)

UNITED STATES OF AMERICA et al.,
    Defendant(s)

RE: STATE OF MINNESOTA

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 16, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of August, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk