UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert W. Powers | Civil File No. 1:05CV01130/RCL |
|         Plaintiff, | |
| vs. | |
| United States | |
|    and | **MOTION TO SET ASIDE** |
| State of Minnesota, | **ENTRY OF DEFAULT** |
|         Defendants. | |

TO:   Plaintiff, Robert W. Powers, P.O. Box 125, Spirit Lake, Iowa 51360.

COMES NOW, Defendant State of Minnesota ("Minnesota") pursuant to Federal Rule of Civil Procedure 55(c) and requests an order of the Court setting aside the Clerk of Court's entry of default against Minnesota. Minnesota relies on the pleadings in the record and the attached Memorandum of Points and Authorities to support this motion.

Dated: August 17, 2005

s/ Erika Schneller Sullivan
Erika Schneller Sullivan
MN Bar Number 0288056
Attorney for Defendant, State of Minnesota
MIKE HATCH
Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 296-1427
Fax: (651) 297-4139

AG: #1469217-v1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Robert W. Powers,                                             Civil File No. 1:05CV01130RCL

          Plaintiff,

vs.

United States                                                 **MEMORANDUM IN SUPPORT OF**
                                                              **MOTION TO SET ASIDE DEFAULT**
and

State of Minnesota,

          Defendants.

Defendant State of Minnesota ("Minnesota") submits this Memorandum in support of its motion to set aside the clerk of court's entry of default in accordance with Federal Rule of Civil Procedure 55(c).

On August 17, 2005, Robert Powers ("Plaintiff") applied to this Court for entry of default against Minnesota for failure to answer or defend the Complaint. The Clerk of Court entered default against Minnesota on the same date. The entry of default against Minnesota should be set aside for good cause, because Minnesota is not in default for failure to timely answer Plaintiff's Complaint.

Plaintiff served Minnesota with a Complaint in this matter on June 17, 2005. In lieu of serving an answer, Minnesota timely filed and served Plaintiff with a Motion to Dismiss on July 7, 2005, in accordance with Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1). *See* Docket # 3. Pursuant to Federal Rule of Civil Procedure 12(a)(4), service of a Rule 12 motion suspends the time for serving an answer until ten days after the court rules on the motion. Here,

the Court has not ruled on Minnesota's motion. The time for Minnesota to answer Plaintiff's Complaint has therefore not expired.

## CONCLUSION

For the foregoing reasons, Minnesota respectfully requests that the entry of default against Minnesota be set aside.

Dated: August 17, 2005                    Respectfully submitted,

s/ Erika Schneller Sullivan
Erika Schneller Sullivan
MN Bar Number 0288056
Attorney for Defendant, State of Minnesota
MIKE HATCH
Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 296-1427
Fax: (651) 297-4139

AG: #1468766-v1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert W. Powers<br>   Plaintiff,<br>vs.<br>United States<br> and<br>State of Minnesota,<br>   Defendants. | Civil File No. 1:05CV01130/RCL<br><br><br>**CERTIFICATE OF SERVICE** |

 I hereby certify that on August 17, 2005, I caused the following documents:

  Motion to Set Aside Entry of Default; and Memorandum in Support of Motion to Set Aside Default

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

  claire.whitaker@usdoj.gov

 I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participant:

| | |
|---|---|
| Robert W. Powers<br>P.O. Box 125<br>Spirit Lake, IA  51369 | Robert W. Powers<br>43183 Okabena Rd.<br>Lakefield, MN  56150 |

| | |
|---|---|
| Dated:  August 17, 2005 | s/ Erika Schneller Sullivan<br>Erika Schneller Sullivan<br>MN Bar Number 0288056<br>Attorney for Defendant State of Minnesota<br>MIKE HATCH<br>Attorney General<br>State of Minnesota<br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101-2127<br>Telephone:  (651) 296-1427<br>Fax:  (651) 297-4139 |

AG: #1469461-v1