UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT W. POWERS<br><br>*Pro se* Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1130 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

  /s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## CERTIFICATE OF SERVICE

    I hereby certify that on this day of September 1, 2005, the foregoing was served by First Class mail; postage pre-paid to :

    ROBERT W. POWERS
    P.O. Box 125
    Spirit Lake, IA 51360

    /s/
    KATHLEEN KONOPKA
    Assistant United States Attorney