UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT W. POWERS,              ) | |
| )| |
| Plaintiff,              ) | |
| ) | |
| v.              ) | Civil Action No. 05-130 (RCL) |
| ) | |
| UNITED STATES OF AMERICA, et al.,   ) | |
| ) | |
| Defendants.              ) | |
| _____) | |

ORDER

UPON CONSIDERATION of the Motion To Dismiss and memorandum in support thereof, the grounds stated therefor, and the entire record herein, and for the reasons set forth in support of that motion, it is on this _____ day of _____, 2005, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE


KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4412
Washington, D.C.  20530

ROBERT W. POWERS
P.O. Box 125
Spirit Lake, IA 51360