UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

05-1130 RCL

ROBERT W. POWERS                         CIVIL FILE NO.
                                         1;05CV00130/RCD
       Plaintiff,

vs.

UNITED STATES                            AFFIDAVIT

STATE OF MINNESOTA

       Defendants,

ROBERT W. POWERS, abovenamed plaintiff being sworn on oath, deposes and says;

That defendant United States was served complaint on 16th June 2005, on 13th of August 2005 plaintiff received a phone call about 4pm from a female attorney stating she was with the U.S. Attorneys Office in Washington D.C., that the U.S. Attorney was having family problems and she was going to ask the Court for more time to file an answer, as of this date the above-named plaintiff has received no motions or answer from defendant United States, wherefore the above-named plaintiff ask this Court to enter a Default Judgement against defendant United States.

That a true and correct copy of this affidavit was served by United States Mail 1st class on said defendants at

| U.S. Attorney | United States | Mike Hatch |
|---|---|---|
| District of Columbia | U.S. Attorney General | Mn Attorney Gen. |
| 555 4th St N.W. | 950 Penn. Ave N.W. | 102 State Capital |
| Washington D.C. | Washington D.C. | St. Paul Mn. |
| 20001 | 20530 | 55155 |

Subscribed and sworn to before me
this the 16th day of Sept. 2005

_Sherry Jorgensen_
Notary Public        Iowa

SHERRY JORGENSEN
Commission Number 105300
MY COMMISSION EXPIRES
AUGUST 26, 2006

_Robert W. Powers_
Robert W. Powers
P.O. Box 125
Spirit Lake Ia
51360
Plaintiff Pro-se