UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT W. POWERS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action Number 05-1130 (RCL) |
| **UNITED STATES OF AMERICA, et al.,** | ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendant State of Minnesota filed a motion to dismiss on July 7, 2005.

On August 15, 2005, the clerk erroneously entered a default against the State of Minnesota, even though the States' motion to dismiss had been properly docketed on July 7, 2005, and was still pending.

On August 17, 2005, the State moved to set aside the default. The State's motion [12] is GRANTED. Moreover, the State's motion to dismiss [3] is also GRANTED for the reasons set forth in the State's motion.

On September 16, 2005, the United States also filed a motion [14] to dismiss. For the reasons stated therein, the motion of the United States to dismiss is also GRANTED.

This case shall now stand dismissed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 11, 2005.